: Notation = Plaintiff Well Amend this Petition with (Page - I) Documents ) ;                                    (3-23-17)

: United States District Court for The District of Columbia ;
            ; Case No. _____
( David Hall Crum - Plaintiff - Pro - se )
            vs.    : Homeless :
: CSOSA - Court Supervision Agency, And Officers, Elisabeth Power, Lisa El Cano, and tanisha Williams ;

Petition for United States Civil Rights Violations, Pursuant to federal Section 1983, and, or, in the alternative, federal Section - 1331 ; : Seeking Damages of 500.000 Dollars :

: Respectfully = Legal Jurisdiction is Hereby, Pursuant, to, the 1997 Capital Revitalization, and Self- Government Improvement Act ;

A short Summary, and History of this situation - The Plaintiff's D.C. and Maryland Sentencis Expire, June, and July 2017, Respectively →
                              next Page

(F-Deck)

Case: 1:17-cv-00709
Assigned To : Unassigned
Assign. Date : 4/19/2017
Description: Pro Se Gen. Civil

RECEIVED
MAR 23 2017
Clerk, U.S. District and
Bankruptcy Courts

(Page -2)

(3-23-17)

The Defendants, repeatedly, harass, and inflict, Hardship, upon, the Plaintiff, unprovoked, with direct threats, and pressurized statements, such as stating, that, a G.P.S. system, and le bracelet, will be Placed on The Plaintiff, for not having an address, and having the Plaintiff in a Medium Category, when the Plaintiff haven't, even, had, a Positive Urine, and have Kept all his appointments, with them;

The Defendants are very mean, and nasty, towards, the Plaintiff, for, no reason, (even) disregarding the fact that the Plaintiff Just had congestive Heart failure, on 12-27-16, and is still on Doctor's Medication, from Georgetown University Hospital;

: Legal Point = CSOSA, is not a Governing Agency, and was not Created by Congress, to be so, and they had no legal Right, to Create. The ⟶

next Page

Notification Certificate of
Service = U.S. Attorneys Office, (Page - 3)
was Provide Copy, by Hand, at
555 4th St. N.W.                    (3-23-17)

Inner-State Agency, at, and within,
The Building at 25 K Street, N.E.
and then Legally Categorize people,
to fit their Creation; The Defendants
don't have Such Authority, and This
practise should be Halted immediately;

The Plaintiff asks for a Hearing, on
this Matter, to specifically, Clarify, the
facts, that Warrant, this Civil Action,
and a Restraining Order immediately
to Thereby Stop the Defendants'
actions; to, give, this Honorable
Court, the Chance, to fully ▬▬▬ Review,
This situation;

Respectfully Submitted,
Address = 1041 Wisconsin Ave. N.W. Wash. D.C.
Phone = 202/702-0194 Mr. David Hall Crum

Seeking Mental, and Phisical Damages
of 500,000 Dollars, for the Stress,
and Hardship, that, they, have Placed,
Upon The Plaintiff;

David H. Crum